KEERY, Respondent, v. DIMON, Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Martha Keery against Charles L. Dimon.
W. R. Wilder, for appellant.
F. H. Friend, for respondent.
No opinion. Order modified, and affirmed as modified, without costs.

---

KENNEDY, Respondent, v. MANHATTAN RY. CO., Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Hannah Kennedy, as administratrix, etc., against the Manhattan Railway Company.
R. L. Maynard, for appellant.
Julius H. Cohen, for respondent.
No opinion. Judgment and order affirmed, with costs.

---

LYTHGOE, Respondent, v. SMITH, Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Mark Lythgoe against Jane Smith, impleaded.
No opinion. Order affirmed, with $10 costs and disbursements.

---

MANHATTAN RY. CO., Respondent, v. TABOR et al., Appellants.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by the Manhattan Railway Company against Henry N. Tabor and others.
H. B. Clossen, for appellants.
J. T. Davies, for respondent.
No opinion. Order reversed, with $10 costs and disbursements.

---

MERRITT, Respondent, v. STICKLE, Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Edwin P. Merritt against George W. Stickle.
N. S. Spencer, for appellant.
H. G. Atwater, for respondent.
No opinion. Order affirmed, with $10 costs and disbursements.

---

SWARTZ, Respondent, v. JERKOWSKI, Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Louis Swartz against Samuel Jerkowski.
A. Blumenstiel, for appellant.
J. J. Frank, for respondent.
No opinion. Order affirmed, with $10 costs and disbursements.